**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: September 17, 2010**

John E. Hoffman, Jr.
United States Bankruptcy Judge

_____

BK1008254
SJB

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## AT COLUMBUS

| | |
|---|---|
| IN RE: | Case No. 10-58142 |
| Adolfo A Del Rosario | Chapter 7 |
| | Judge Hoffman Jr. |
| Debtor | |
| | **ORDER GRANTING MOTION FOR RELIEF FROM STAY (DOCKET #15) FOR PROPERTY LOCATED AT (5075 LABELLE DRIVE COLUMBUS, OH 43232)** |

    This matter came to be considered on the Motion for Relief From Stay (the "Motion") filed by US. Bank, N.A. on August 23, 2010 as document number 15. Movant has alleged that good cause exists for granting the Motion and that Debtor, counsel for Debtor, The Trustee, and all other necessary parties were served with the Motion and the Notice required by LBR 9013-1(a). No party filed a response or otherwise appeared in opposition to the Motion.

    Based on this, it appears appropriate to grant the relief requested with respect to the property located at 5075 Labelle drive Columbus, OH 43232.

**IT IS THEREFORE ORDERED:**

The Motion is granted and the automatic stay imposed by §362 of the Bankruptcy Code is terminated with respect to Movant, its successors, and assigns.

**SO ORDERED**

/s/ Ronald C Taylor
Ronald C Taylor, Case Attorney
Bar Registration No.0083298
LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3472
(513) 354-6464 fax
Email: sohbk@lsrlaw.com

COPIES TO:

DEFAULT LIST

Edwin A. Del Rosario
830 Park St.
Apt A
Columbus, OH 43215
ORDINARY U.S. MAIL, POSTAGE PRE-PAID


###